UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marco Battistotti,<br><br>                           Plaintiff,<br><br>   -against-<br><br>3095 Owners Corp. et al.,<br><br>                          Defendants. | 1:25-cv-06976 (VEC) (SDA)<br><br>ORDER FOLLOWING<br><u>TELEPHONE CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

       Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED that no later than October 3, 2025, the parties shall file a stipulation whereby Plaintiff dismisses with prejudice his Second, Fourth, Fifth, Eighth and Ninth causes of action in the Amended Complaint filed at ECF No. 2-1, and the parties stipulate to remand to state court. Nothing in the stipulation shall affect the state law causes of action included in the Amended Complaint.

**SO ORDERED.**

Dated:      New York, New York
             September 26, 2025

                                                               /s/ Stewart D. Aaron
                                               _____
                                               STEWART D. AARON
                                               United States Magistrate Judge